IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                                                                  17-CR-80-FPG

AIDA RAMIREZ-ARRELLANO,

        Defendant.

---

## SUPERSEDING INFORMATION
(8 U.S.C. § 1325(a))

### COUNT 1

**The United States Attorney Charges That:**

Between on or about July 17, 2014, and on or about October 18, 2016, in the Western District of New York, and elsewhere, the defendant, **AIDA RAMIREZ-ARRELLANO**, an alien, did knowingly and unlawfully enter the United States at a time and place other than as designated by immigration officers.

**All in violation of Title 8, United States Code, Section 1325(a).**

DATED:    Buffalo, New York, December _11_, 2017.

                                          JAMES P. KENNEDY, JR.
                                          United States Attorney

BY:     /s/ Jonathan P. Cantil
          JONATHAN P. CANTIL
          Assistant U.S. Attorney
          United States Attorney's Office
          Western District of New York
          138 Delaware Avenue
          Buffalo, New York 14202
          716-843-5795
          jonathan.cantil@usdoj.gov