# United States District Court
### for the
### Western District of New York

United States of America

v.   Case No. 17-CR-80

Aida Ramierz-Arellano

_Defendant_

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States Magistrate Judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

_Defendant's signature_

### Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

_Defendant's signature_

The United States consents to the jury-trial waiver:

_Government representative's signature_

JONATHAN P. CANTIL
ASSISTANT UNITED STATES ATTORNEY
_Government representative's printed name and title_

### Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

_Defendant's signature_

X  Daniel P. Harris
_Printed name of defendant's attorney (if any)_

_Signature of defendant's attorney (if any)_

Date: 12/11/17    Approved by: _____
_Magistrate Judge's signature_